UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JAMES D. HUNTLEY, WARDEN, ) <br> ) <br> Respondent. ) <br> _____ ) | Case No. EDCV 11-1564 MMM (AJW) <br><br> ORDER ACCEPTING REPORT AND <br> RECOMMENDATION OF <br> MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report.

DATED: November 19, 2011

_____
Margaret M. Morrow
United States District Judge