UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ELONZA JESSE TYLER, ) | |
| ) | |
|     Petitioner, ) | Case No. EDCV 11-1564 MMM(AJW) |
| ) | |
| vs. ) | |
| ) | |
| JAMES D. HARTLEY, Warden, ) | JUDGMENT |
| ) | |
|     Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: November 19, 2011

                                        *Margaret M. Morrow*
                                        Margaret M. Morrow
                                        United States District Judge